

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00066-CV

_____


CORDELL MOODY, Appellant

V.

JOHN SPIVEY AND PROBATION BOARD OF DALLAS, Appellees


On Appeal from the 276th Judicial District Court
Marion County, Texas
Trial Court No. 1000075


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

This is an appeal filed by Cordell Moody. He states in his notice of appeal that he is appealing from a final judgment in civil cause number 1000075 in the 276th Judicial District Court of Marion County, Texas. We have contacted the district clerk, and have determined that no order has been entered in this case and no judgment has been rendered. No justiciable action has been taken by the trial court in this case. Thus, there is nothing from which an appeal might be brought.

The constitution vests jurisdiction over appeals from final judgments of district and county courts in the courts of appeals, subject to restrictions and regulations prescribed by law. TEX. CONST. art. V, § 6; TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon 2008).

Because there is no order or judgment in this case from which an appeal may be taken, the jurisdiction of this Court has not been invoked. Accordingly, we dismiss Moody's appeal for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted: September 2, 2010
Date Decided: September 3, 2010

2